```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------- X
                                                                        :
RICARDO VELASQUEZ,                                                      :
                                                                        :
                                Plaintiff,                              :     24 Civ. 9572 (JPC)
                                                                        :
                -v-                                                     :         ORDER
                                                                        :
WEST 4TH STREET RESTAURANT CORPORATION,                                 :
d/b/a Washington Square Diner, and T & K PARTNERS                       :
REALTY, LLC,                                                            :
                                                                        :
                                Defendants.                             :
                                                                        :
----------------------------------------------------------------------- X
```

JOHN P. CRONAN, United States District Judge:

The Court's February 6, 2025 Order required the parties to submit a joint letter and proposed case management plan by February 25, 2025. Dkt. 12. This deadline has passed and the docket does not reflect that the parties have filed the required submission. The parties are therefore ordered to file the documents described in Docket Number 12 by no later than 5:00 p.m. today, March 3, 2025.

SO ORDERED.

Dated: March 3, 2025
       New York, New York

                                                    _____
                                                              JOHN P. CRONAN
                                                         United States District Judge